FILED
DEC 2 2 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ENTERED
DEC 2   2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re  )  Bk. No. RS03-26605PC
    Kenneth Mugrage & Tera Leigh  )
     )
     )  ORDER DENYING REQUEST FOR
     )  RELEASE OF UNCLAIMED FUNDS
     )  (28 U.S.C. Section 2042,
Debtor (s)  )  Bankruptcy Rule 9013,
     )  Bankruptcy Local Rule 3011-1)

On November 30, 2009 Tera Leigh for Kenneth Mugrage & Tera Leigh c/o The Financial Resources Group, Inc. Filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____ 1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____ 2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____ 3. The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____ 4. The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____   5.  The corporate seal is not stamped on the motion &/or power of attorney.

_____   6.  The name on the corporate seal does not match the name listed on the claim.

_____   7.  An original power of attorney was not submitted.

_____   8.  The Proof of Service has not been completed.

_____   9.  The Proof of Service is incomplete. The following is missing:

_____   10. There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____   11. There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor.

_____   12. The documents supporting the claim have not been certified.

_____   13. Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case.

_____   14. Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee.

   X      15. Kenneth Mugrage, one of the creditors, didn't sign & execute the motion.

   X      16. No proof of identification provided by Kenneth Mugrage, one of the creditors (driver's license/passport).

_____   17. Other:

_____        Dec. 22, 2009
United States Bankruptcy Judge            Date
JUST - REV